FILED

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0359



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0359

STORM SMITH,

      Petitioner,

v.

CAPTAIN HASH,
MISSOULA COUNTY DETENTION FACILITY,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: June 5, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court